IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DANNY LEE WRIGHT, | : | |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | |
| | : | No. 3:11-CV-109 (CAR) |
| MICHAEL J. ASTRUE, | : | |
| Commission of Social Security | : | |
| | : | |
| Respondent. | : | |
| | : | |

### ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 15] that this case be remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further action as specifically set forth in the Recommendation. Defendant does not object to the Recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 15] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, the Commissioner's decision is **REMANDED** for further proceedings pursuant to

1

"sentence four" of the Social Security Act, 42 U.S.C. § 405(g), in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 3rd day of December, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH